■ In the Matter of MANELIN S., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PHONESAVANH S., Appellant. (Appeal No. 2.) [968 NYS2d 922]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered April 25, 2012 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, adjudged that respondent had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Christy S. v Phonesavanh S.* (108 AD3d 1207 [2013]). Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.